### JOLES ag$^t$ PHIPS

### PHIPS agt. JOLES

William Phips plaint. ag$^t$ Thomas Joles Defend$^t$ in an action of the case for not paying the Summe of three hundred and twenty eight pounds due for the building of a Ship of One hundred and Seventeen tun built by the s$^d$ Phips and delivered by him to the

s^d Joles and by him s^d Joles occupied improved and disposed of whereby the plaintife is greatly damnified with all other due damages &c. . . . The Jury . . . found for the Defend^t costs of Court.